## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| VALLEY XIONG, | Civil No. 08-1114 (JRT/JJK) |
| Plaintiff, | |
| v. | |
| ACCU-TRONICS MANUFACTURING, INC., | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

_____

Lori Peterson, **LORI PETERSON & ASSOCIATES**, 700 Lumber Exchange Building, 10 South Fifth Street, Minneapolis, MN 55402, for plaintiff.

James Andreen, **ERSTAD & RIEMER, P.A.**, 8009 34th Avenue South, Suite 200, Minneapolis, MN 55425, for defendant.

Based upon the parties' stipulation for dismissal with prejudice [Docket No. 11], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

DATED: June 29, 2009
at Minneapolis, Minnesota.

                                                                          s/John R. Tunheim
                                                              JOHN R. TUNHEIM
                                                   United States District Judge